UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MADUENO SANCHEZ, | Case No. 1:20-cv-00219-JDP |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| STEVEN MERLACK, | ECF No. 10 |
| Respondent. | |

Fernando Madueno Sanchez, a federal prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On June 2, 2020, petitioner provided notice that he was voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 10. Under Rule 41(a)(1)(A)(i), a petitioner has the right to voluntarily dismiss his action prior to service by the respondent of an answer or a motion for summary judgment. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The opposing party has not yet served an answer or a motion for summary judgment.[1] Accordingly, we direct the clerk's office to close the case.

---

[1] Although respondent filed a notice to dismiss, ECF No. 9, a pending motion to dismiss is not equivalent to an answer or motion for summary judgment under Rule 41(a)(1)(A)(i). *See Miller v. Reddin*, 422 F.2d 1264, 1266 (9th Cir. 1970).

IT IS SO ORDERED.

Dated: June 5, 2020                          _____
UNITED STATES MAGISTRATE JUDGE

No. 206.